IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE PIZZI, individually and on behalf of all others similarly situated, and DENIS B. DOHERTY, individually,<br><br>Plaintiffs,<br><br>v.<br><br>E-LOAN, INC.<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   07-11955-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION TO STAY CASE AND VACATE DEADLINES**

Plaintiffs Lawrence Pizzi and Denis B. Doherty respectfully request that this Court stay this case pending the decision of the First Circuit Court of Appeals in *Megitt v. IndyMac F.S.B.*, appeal number 08-1436, and vacate the deadlines set by this Court on March 17, 2008 and by any other court order. In support thereof, plaintiffs state:

    1.    On March 17, 2008, this Court set the following deadlines:

- Discovery deadline of July 31, 2008; and

- Plaintiffs to file motion for class certification on September 1, 2008, Defendant to respond to motion for class certification on September 24, 2008, and hearing on plaintiffs' motion for class certification on October 23, 2008 at 2:00 p.m.

    2.    Plaintiffs have served and defendant has responded to plaintiffs' first set of discovery requests. Plaintiffs served a second set of discovery on defendant and its responses were due June 5, 2008. The parties have exchanged Rule 37 correspondence regarding defendant's responses to plaintiffs' first set of discovery requests.

    3.    In *Megitt*, the District Court held that a Notice of Right to Cancel

1

complied with the MCCCDA and TILA even though it did not contain a rescission deadline. *Megitt v. IndyMac Bank, F.S.B.*, 07-30108, 2008 U.S. Dist. LEXIS 30457 (D. Mass. March 31, 2008). *Megitt* is currently pending review in the First Circuit Court of Appeals.

    4.    Since the First Circuit's ruling on the issue presented in *Megitt* will impact the outcome in this case, plaintiffs submit that the Court and the parties will benefit from staying this case so that in the event the Appellate Court affirms the District Court's opinion, no additional resources are expended.

    5.    In consideration thereof, plaintiffs respectfully request that this case be stayed pending the First Circuit's decision in *Megitt v. IndyMac F.S.B.*, appeal number 08-1436, and that all deadlines currently set by this Court be vacated pending further Court order.

    6.    In accordance with Local Rule 7.1(A)(2), on June 5, 2008, plaintiffs' counsel contacted defendant's counsel regarding this motion and defendant's counsel stated that it would provide a response "next week." On June 10, 2008, plaintiffs' counsel again contacted defendant's counsel regarding this motion and defendant does not assent to this motion.

    7.    This motion is not filed for purposes of delay.

WHEREFORE, plaintiffs respectfully request that this Court stay this case pending the decision of the First Circuit Court of Appeals, *Megitt v. IndyMac F.S.B.*, appeal number 08-1436 and vacate all deadlines set on March 17, 2008 and by any other court order.

    Respectfully submitted,

    s/ Heather Kolbus
    Heather Kolbus

Daniel A. Edelman
Heather Kolbus

EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

Christopher Lefebvre
LAW OFFICES OF CLAUDE
    LEFEBVRE & SONS
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
BBO No. 629056

## LOCAL RULE 7.1(A)(2) CERTIFICATION

    I hereby certify that I have conferred with counsel for defendant E-Loan, Inc. regarding this Motion, and it does not assent to this Motion.

                                              s/ Heather Kolbus
                                              Heather Kolbus

## **CERTIFICATE OF SERVICE**

I, Heather Kolbus, certify that on June 11, 2008, I caused a true and accurate copy of the foregoing document to be served upon the parties listed below via the court's CM/ECF system:

Mark E. Swirbalus
meswirbalus@daypitney.com

Erica Tennyson
etennyson@daypitney.com

Mary Kate Sullivan
mks@severson.com

Christopher M. Lefebvre
court@lefebvrelaw.com

The following parties will be served by U.S. Mail and facsimile:

Jan T. Chilton
John B. Sullivan
Severson & Werson
One Embarcadero Center
26TH Floor
San Francisco, CA 94111
FAX:  (415) 956-0439


                                              s/ Heather Kolbus
                                              Heather Kolbus